UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARLTON PINDEXTER (#114515)

VERSUS                                                CIVIL ACTION

LESLIE DUPONT, ET AL                                  NUMBER 08-91-JVP-SCR

RULING

Pro se plaintiff, an inmate confined at the Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Assistant Warden Leslie Dupont, Assistant Warden Darryl Vannoy, Deputy Warden Richard Peabody, Warden Shirley Coody and Warden Burl Cain.  Plaintiff alleged that he was not permitted to visit his terminally ill father in violation of his constitutional rights.

Plaintiff also filed a motion for a temporary restraining order seeking an order directing the defendants to refrain from retaliating against him and to return property confiscated during a routine search of his cell.  Record document number 5.

In order to determine whether to issue a preliminary injunction the court must consider four factors:[1]

1.  the significance of the threat of irreparable harm to the plaintiff if the injunction is not granted;

---

[1] Wright and Miller, Federal Practice and Procedure: Civil, § 2948, et seq.

2. the state of balance between this harm and the injury that granting the injunction would inflict on the defendant;

3. the probability that the plaintiff will succeed on the merits; and

4. the public interest.

It is unlikely that the plaintiff will prevail on his claims against the defendants. Any harm which may come to the plaintiff is likely to be minor rather than irreparable and it can be compensated for monetarily should the plaintiff prevail in this action.

Additionally, the public interest in the issuance or denial of a preliminary injunction is minimal or non-existent in this case.

The plaintiff has not shown the exceptional circumstances needed for issuance of a temporary restraining order of the sort the plaintiff seeks. Therefore, his request for a temporary restraining order is denied.

Baton Rouge, Louisiana, March __11__, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE