UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 APR -11 P 4: 13

SIGN_____
___ DEPUTY CLERK

CARLTON PINDEXTER
(#114515)

VERSUS

LESLIE DUPONT, ET AL

CIVIL ACTION

NO. 08-91-A

## RULING

The court after carefully considering the motion, the record, the law applicable to this action, and the Report and Recommendation(doc. 10) of United States Magistrate Judge Stephen C. Riedlinger dated March 17, 2008, to which no objection has been filed, hereby approves the report and recommendation and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint is hereby dismissed pursuant to 42 U.S.C. § 1997e(e) and 28 U.S.C. § 1915 (e) (2) (B) (ii).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 4, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA