UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| CARLTON PINDEXTER (#114515) | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 08-91-A |
| LESLIE DUPONT, ET AL | |

## JUDGMENT

For written reasons assigned and filed herein (doc. 11);

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint filed by plaintiff, Carlton Pindexter, is hereby dismissed pursuant to 42 U.S.C. § 1997e(e) and 28 U.S.C. § 1915 (e) (2) (B) (ii).

Baton Rouge, Louisiana, April 16, 2008.

_____
JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA